# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1814
_____

EDMUND K. DAWES,

Appellant,

v.

JACOB SOREY, Warden, Wakulla
Correctional Institution, and
JULIE L. JONES, Secretary,
Department of Corrections,

Appellees.

_____


On appeal from the Circuit Court for Wakulla County.
John C. Cooper, Judge.

June 28, 2018


PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Edmund K. Dawes, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Samuel Steinberg, Assistant Attorney General, Tallahassee, for Appellees.